# United States District Court
# Eastern District of California

Chinedu Ike Nwankwor, et al.

Plaintiff(s)

V.

Joseph B. Edlow, Director, USCIS

Defendant(s)

Case Number: 1:26-cv-05720-KES-CDB

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Matthew T. Galati hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiffs (See Appendix A attached)

On 11/03/2010 (date), I was admitted to practice and presently in good standing in the Virginia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Gomathi Nayagam Subramanian, et al. v. Joseph B. Edlow, Director, USCIS,

Case No.: 2:26-cv-00215-DJC, application filed 01/27/2026, granted 04/29/2026

Date: 07/23/2026 Signature of Applicant: /s/ Matthew T. Galati

**Pro Hac Vice Attorney**

Applicant's Name: Matthew T. Galati

Law Firm Name: The Galati Law Firm, LLC

Address: 8080 Old York Road

Suite 204

City: Elkins Park State: PA Zip: 19027

Phone Number w/Area Code: (215) 309-1728

City and State of Residence: Jenkintown, PA

Primary E-mail Address: matt@galati.law

Secondary E-mail Address: alex@galati.law

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Curtis Lee Morrison

Law Firm Name: Red Eagle Law, L.C.

Address: 5256 S. Mission Road

Suite 135

City: Bonsall State: CA Zip: 92003

Phone Number w/Area Code: (714) 661-3446 Bar # 321106

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 24, 2026

U.S. Magistrate Judge Christopher D. Baker

**Appendix A – List of All Plaintiffs**

1. Chinedu Ike Nwankwor
2. Chidinma Ifeyinwa Obianuju Nwankwor
3. Amanda Ifeoma Nwankwor
4. Mikel Iheanachor Nwankwor
5. Arvin Filomeno Pereira
6. Indira Fatima Pereira
7. Chloe Rylie Pinto Pereira
8. Sujit Subhash Kale
9. Shanmuga Priya Sabarivasan
10. Thang Toan Luong
11. Thu Kim Tran
12. Nga Thi Tuy Le
13. Cuong Huy Tran
14. Dung Thi Ngoc Nguyen
15. Tran Quoc Thanh
16. Tran Duc Hai
17. Tran Dai Huu
18. Sreenivas Rao Mylavarapu
19. Malathi Kasam
20. Tiep Xuan Le
21. Kim Phuong Thi Nguyen
22. Tung Bach Le
23. Dhanalakshmi Vellaichamy
24. Sendil Srinivasan