UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHINEDU IKE NWANWKOR,

Plaintiff,

v.

JOSEPH B. EDLOW,

Defendant.

Case No. 1:26-cv-05720-KES-CDB

ORDER ON DEFENDANT'S UNOPPOSED REQUEST EXTENDING *NUNC PRO TUNC* TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT

(Doc. 7)

ORDER CONTINUING OCTOBER 21, 2026, SCHEDULING CONFERENCE

(Doc. 2)

Plaintiffs are 24 noncitizens from nine families residing in the United States who seek to compel the government to adjudicate their EB-5 Immigrant Visa Program petitions to remove the conditional status attached to their lawful permanent residency. They assert claims in the operative complaint, filed July 22, 2026, against Defendant Joseph B. Edlow in his capacity as Director of USCIS, seeking relief under the Administrative Procedure Act ("APA"). (Doc. 1). According to the summons returned executed, Defendant was served on July 27, 2026, making his answer to the complaint due no later than September 25, 2026. (Doc. 6).

Pending before the Court is Defendant's unopposed request, filed on September 25, 2026, to extend the deadline to file a response to Plaintiffs' complaint from September 25, 2026, to October 26, 2026. (Doc. 7). The parties represent that counsel for Defendant has "only very recently" received information from agency counsel and must obtain details relating to the

several EB-5 Petitions to allow the parties to discuss status. *Id.* at 1. The parties request that all other filing deadlines and proceedings be similarly extended. *Id.*

Requests for extensions of time in the Eastern District of California are governed by Local Rule 144, which provides: "Counsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent." L.R. 144(d). That rule further provides, "Requests for Court-approved extensions <u>brought on the required filing date for the pleading</u> or other document are looked upon with disfavor." *Id.* (emphasis added).

While the Court finds good cause to grant Defendant's unopposed request based on the representations that Defendant needs additional time to obtain information relating to the EB-5 Petitions to discuss the status of the case with Plaintiffs, here, it should have become apparent to Defendant that he required an extension of time to file a responsive pleading before the September 25, 2026, deadline.

Separately, the parties failed to include in their stipulation a proposed order and to provide an editable copy of their proposed order to chambers of the undersigned, in violation of the Local Rules. *See* Local Rule 137(b), 143. The parties are admonished to refamiliarize themselves and comply with the Local Rules of this Court in all future filings.

*Remainder of This Page Intentionally Left Blank*

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's unopposed request to extend his deadline to respond to the complaint (Doc. 7) is GRANTED *nunc pro tunc*.
2. Defendant SHALL FILE a response to Plaintiffs' complaint no later than **October 26, 2026**. *See* L.R. 144(a).
3. The scheduling conference set for October 21, 2026 (Doc. 2) is CONTINUED to **December 4, 2026, at 9:30 AM.** As previously directed (Doc. 2), the parties shall file a joint scheduling report at least one week prior to the conference.

IT IS SO ORDERED.

Dated: **September 28, 2026**

UNITED STATES MAGISTRATE JUDGE