UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINEDU IKE NWANWKOR,<br>Plaintiff,<br>v.<br>JOSEPH B. EDLOW,<br>Defendant. | Case No. 1:26-cv-05720-KES-CDB<br><br>ORDER ON STIPULATED REQUEST EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT<br><br>(Doc. 9)<br><br>ORDER VACATING DECEMBER 3, 2026, SCHEDULING CONFERENCE<br><br>(Docs. 2, 8) |

Plaintiffs are 24 noncitizens from nine families residing in the United States who seek to compel the government to adjudicate their EB-5 Immigrant Visa Program petitions to remove the conditional status attached to their lawful permanent residency. They assert claims in the operative complaint, filed July 22, 2026, against Defendant Joseph B. Edlow in his capacity as Director of USCIS, seeking relief under the Administrative Procedure Act ("APA"). (Doc. 1). On September 28, 2026, the Court extended *nunc pro tunc* the time for Defendant to respond to Plaintiffs' complaint to October 26, 2026, and continued the scheduling conference to December 3, 2026. (Doc. 8).

Pending before the Court is the parties' stipulated request, filed on October 23, 2026, to further extend the deadline for Defendant to file a response to Plaintiffs' complaint by 45 days (to December 10, 2026). (Doc. 9). The parties represent that USCIS has acted in five of the

subject I-829 petitions and the parties presently are discussing the remaining three subject petitions. *Id.* at 1. The parties request that all other filing deadlines and proceedings be similarly extended. *Id.*

Based on the parties' stipulated representations, and good cause appearing, the Court will extend Defendant's deadline to file a response to Plaintiffs' complaint and vacate the scheduling conference set for December 3, 2026, to be reset as necessary following the settling of the pleadings.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant SHALL FILE a response to Plaintiffs' complaint no later than **December 10, 2026**. *See* L.R. 144(a).
2. The scheduling conference set for December 3, 2026 (Docs. 2, 8) is VACATED, to be reset as necessary following the settling of the pleadings.

IT IS SO ORDERED.

Dated: **October 26, 2026**

UNITED STATES MAGISTRATE JUDGE